UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| HAROLD HEMPSTEAD, | ) |
| Petitioner, | ) ) ) |
| v. | ) No.: 3:21-CV-417-TAV-DCP ) |
| TONY PARKER, KENNETH WILLIAMS, EMMA RICH, KATIE CAMPBELL, SHAWN PHILLIPS, and NATHAN TOLLETT, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Defendants' motions for summary judgment [Docs. 139, 141, 145, 148, 151] are **GRANTED**, all other pending motions [Docs. 175, 178, 182, 186, 187, 194, 195, 197] are **DENIED as moot**, and this prisoner's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED with prejudice**.

The Clerk is **DIRECTED** to **CLOSE** the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

　　LeAnna R. Wilson
　　　CLERK OF COURT